March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Ivan Espinoza Gutierrez ,

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -CR- 156( JGK ) (        )

Defendant ___Ivan Espinoza Gutierrez___ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence


/s/ Mr. Espinoza by Sylvie Levine
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Ivan Espinoza Gutierrez
Print Defendant's Name

/s/ Sylvie Levine
Defense Counsel's Signature

Sylvie Levine
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

4/7/22
Date

U.S. District Judge/U.S. Magistrate Judge